Entered: April 1, 2021
Signed: April 1, 2021

**SO ORDERED**



MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

In re:   Case No.:   20−17363 − MMH   Chapter:   7

In Re: Debtor (names used by the debtor in the last 8 years, including married, maiden, trade, and address):

Keona Holley
*debtor has no known aliases*
3707 Colborne Road
Baltimore, MD 21229

Social Security No.:   xxx−xx−1647

Employer's Tax I.D. No.:

# FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above−named debtor on 8/6/20.

The estate of the above−named debtor has been fully administered.

ORDERED, that Zvi Guttman is discharged as trustee of the estate of the above−named debtor; and the Chapter 7 case of the above named debtor is closed.

**End of Order**

**fnldec** − *admin*